JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IVETTE NATHALY MONTOYA-BELLOSO, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, and DOES 1 through 20, Inclusive,<br><br>　　　　Defendants. | Case No.: 2:22-CV-07063-MWF(RAOx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ORDERED that this action be, and hereby is, DISMISSED with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

　　IT IS SO ORDERED.

Dated:  May 16, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge